**Order filed January 6, 2022**



# In The

# Eleventh Court of Appeals

_____

## No. 11-21-00194-CV

_____

## IN THE MATTER OF THE ESTATE OF ESTHER ABELL DENTON, DECEASED

**On Appeal from the County Court at Law No. 2**
**Midland County, Texas**
**Trial Court Cause No. P14779**

## O R D E R

We have reviewed the "Motion to Recuse or Disqualify Justice W. Stacy Trotter From This Case" filed in this cause on December 29, 2021, as it pertains to seeking the recusal or disqualification of Justice W. Stacy Trotter.  Pursuant to Rule 16.3(b) of the Texas Rules of Appellate Procedure, Justice Trotter has considered the motion in chambers.  Justice Trotter has found no reason to recuse or disqualify himself and, pursuant to Rule 16.3(b), has certified the issue to the entire court for a determination by the other justices of this court.[1]  *See* TEX. R. APP. P. 16.3(b).  Chief Justice John

---

[1]A copy of Justice Trotter's written certification is attached to this order.

M. Bailey and Justice W. Bruce Williams have decided the matter without Justice Trotter's participation.

The recusal or disqualification of appellate judges is controlled by Rule 16 of the Texas Rules of Appellate Procedure. The grounds for disqualification are provided by the Texas Constitution and the laws of Texas. TEX. R. APP. P. 16.1; *see* TEX. CONST. art. V, § 11. The grounds for recusal of an appellate court justice are provided in the Texas Rules of Civil Procedure. TEX. R. APP. P. 16.2; *see* TEX. R. CIV. P. 18b. We find no reason for Justice Trotter to disqualify or recuse himself and hold that none of the grounds set out in Article V, § 11 or Rule 18b are applicable to Justice Trotter in this case. *See* TEX. CONST. art. V, § 11; TEX. R. CIV. P. 18b; *see also Manges v. Guerra*, 673 S.W.2d 180, 185 (Tex. 1984); *McCullough v. Kitzman*, 50 S.W.3d 87, 88 (Tex. App.—Waco 2001, pet. denied).

The request for the recusal or disqualification of Justice W. Stacy Trotter is denied.

PER CURIAM

January 6, 2022

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.
and Williams, J.

Trotter, J., not participating.

2